# CASE ANNOUNCEMENTS

*April 6, 2011*

[Cite as *04/06/2011 Case Announcements*, 2011-Ohio-1618.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–0115.   Willis Day Warehousing Co. v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2006–M–1794 and 2007–M–868. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and LUNDBERG STRATTON, LANZINGER, CUPP, and McGEE BROWN, JJ., concur. PFEIFER and O'DONNELL, JJ., dissent.

**2010–2239.   [State ex rel.] Sassano v. Bender.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0058.   State ex rel. McClellan v. Preston.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0081.   State ex rel. Holmes v. Ohio Adult Parole Auth.**
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0084.   [State ex rel.] Henderson v. Finnegan.**
In Procedendo. On respondent's motion to dismiss and relator's motions for judgment and for default judgment. Motion to dismiss granted. Motions for judgment and default judgment denied. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0109.   State ex rel. Benner v. Mahoning Cty. Court #4.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.